**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THREE RP LIMITED PARTNERSHIP, an Oklahoma Limited Partnership, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 18-CIV-003-RAW |
| DICK'S SPORTING GOODS, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

**DEFENDANT DICK'S SPORTING GOODS, INC.'S CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dick's Sporting Goods, Inc. hereby advises the Court that Dick's Sporting Goods, Inc. is a public corporation organized and existing under the laws of the State of Delaware with its principal place of business in Coraopolis, Pennsylvania. Dick's Sporting Goods, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

PHILLIPS MURRAH P.C.

*s/ John M. Bunting*

G. Calvin Sharpe, OBA No. 11702
John M. Bunting, OBA No. 31503
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
*gcsharpe@phillipsmurrah.com*
*jmbunting@phillipsmurrah.com*
***Attorneys for Dick's Sporting Goods, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically transmitted the foregoing documents to the Clerk of the Court for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ron Wright, OBA No. 9912
WRIGHT, STOUT & WILBURN, PLLC
PO Box 707
Muskogee, OK 74402-0707
Telephone: (918) 682-0091
Facsimile: (918) 683-6340
*ron@wswlaw.com*
***Attorney for Plaintiff***

*s/ John M. Bunting*
John M. Bunting

1201102.DOCX